In the Matter of DAVID DALE, a Disbarred Attorney, Respondent. GRIEVANCE COMMITTEE OF THE EIGHTH JUDICIAL DIS-

TRICT, Petitioner. [872 NYS2d 687]—Order entered denying motion to renew, reargue and vacate order of this Court. Present—Martoche, J.P., Fahey, Green and Pine, JJ. (Filed Jan. 27, 2009.)